UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

Case No. 2:14mc50185
Hon. Robert H. Cleland

v

ROSIE MARY GUTHRIE,

        Defendant,
and

HELPING SENIORS OF
   MICHIGAN LLC,

        Garnishee.
_____/

**ORDER RESOLVING OBJECTION TO GARNISHMENT**

On February 13, 2014 the United States applied for, and the Court issued, a writ of garnishment for Defendant's wages from her employment at Helping Seniors of Michigan, LLC. (Dkt Nos. 2, 7)  On February 27, 2014 Defendant filed her objection to the writ of garnishment, seeking to have the writ set aside in favor of a payment plan. (Dkt. No. 6)  The United States filed its memorandum in opposition to Defendant's request for relief on March 14, 2014. (Dkt. No. 10)  The Court set the matter for hearing on April 16, 2014.  The parties appeared at the hearing and after further discussion placed an agreed resolution to Defendant's objections on the record.  Now therefore,

**IT IS ORDERED** that the objections to the writ of garnishment filed by, or raised during the hearing by, Rosie Mary Guthrie, are **DENIED**;

**IT IS HEREBY ORDERED** that from the date of this order Helping Seniors of Michigan LLC shall withhold **15%** of the net bi-weekly wages due Rosie Mary Guthrie (SSN: XXX-XX-7678) and shall remit these funds to the Clerk of the Court (USDC- MIED), 5th Floor, 231 W. Lafayette, Detroit MI 48226; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall distribute said funds in accordance with the provisions of the judgment in case number **2:01CR80730**; and

**IT IS FURTHER ORDERED** that the parties shall meet on or before October 16, 2014 to conduct a subsequent review of Defendant's financial circumstances; and

**IT IS FURTHER ORDERED** that this garnishment shall remain in effect until such time as garnishee no longer has property of the defendant, the debt is paid in full or further order of the court.

    S/Robert H. Cleland  
    ROBERT H. CLELAND  
    UNITED STATES DISTRICT JUDGE

Dated:   April 22, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 22, 2014, by electronic and/or ordinary mail.

                                                S/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522