# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

Case No. 2:14mc50185
Hon. Robert H. Cleland

v

ROSIE MARY GUTHRIE,

        Defendant,
and

STATE OF MICHIGAN,
DEPARTMENT OF TREASURY,

        Garnishee.
_____/

## ORDER RESOLVING OBJECTION TO GARNISHMENT

On February 13, 2014 the United States applied for, and the Court issued, a writ of garnishment for any income tax refunds due Defendant from the State of Michigan. (Dkt Nos. 1, 8)  On February 27, 2014 Defendant filed her objection to the writ of garnishment, seeking to have the writ set aside in favor of a payment plan. (Dkt. No. 5)  The United States filed its memorandum in opposition to Defendant's request for relief on March 14, 2014. (Dkt. No. 10)  The Court set the matter for hearing on April 16, 2014.  The parties appeared at the hearing and after further discussion, Defendant abandoned her objection to this writ of garnishment.  Now therefore,

**IT IS ORDERED** that the objections to the writ of garnishment filed by Rosie Mary Guthrie, are **DENIED**;

**IT IS FURTHER ORDERED** that the State of Michigan, Department of Treasury shall remit future refunds due Rosie Mary Guthrie to the United States to the Clerk of the Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette, 5th Floor, Detroit, MI 48226; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall distribute said funds in accordance with the provisions of the judgment in case number **2:01CR80730**; and

**IT IS FURTHER ORDERED** that the parties shall meet on or before October 16, 2014 to conduct a subsequent review of Defendant's financial circumstances; and

**IT IS FURTHER ORDERED** that this garnishment shall remain in effect until such time as garnishee no longer has property of the defendant, the debt is paid in full or further order of the court.

    S/Robert H. Cleland  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE

Dated:

April 22, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 22, 2014, by electronic and/or ordinary mail.

                                                      S/Lisa Wagner
                                       Case Manager and Deputy Clerk
                                       (313) 234-5522